IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DESHEDRICK JONES**                                                                          **PLAINTIFF**

V.                              CASE NO. 4:21-CV-236

**ATLAS TUBE (ARKANSAS) INC.; AND**
**ZEKELMAN INDUSTRIES, INC.**                                          **DEFENDANTS**

## Joint Stipulation of Dismissal

Plaintiff Deshedrick Jones, by and through his undersigned attorney, and Defendants Atlas Tube (Arkansas) Inc. and Zekelman Industries, Inc., by and through their undersigned attorneys, for their Joint Stipulation of Dismissal, state:

1. Plaintiff brought this action against Defendants alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000; Arkansas Civil Rights Act ("ACRA"), § 16-123-101; Fair Labor Standards Act, 29 U.S.C. § 201; and Arkansas Minimum Wage Act, § 11-4-201.

2. Plaintiff dismissed his wage claims under FLSA and AMWA in the Notice of Dismissal of Wage Claims filed July 6, 2021. See ECF Doc. 10.

3. After arms-length settlement negotiations in which Plaintiff and Defendants were both represented by experienced counsel, Plaintiff and Defendants reached an agreement that resolves all remaining claims in this lawsuit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 and the Arkansas Civil Rights Act A.C.A. § 16-123-101; Plaintiff and Defendants believe their agreement is a fair, reasonable, and adequate compromise of a bona fide dispute.

4.  Therefore, Plaintiff and Defendants hereby stipulate to the dismissal of Plaintiff's remaining claims against Defendants with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party agrees to bear his or their own costs, including attorneys' fees associated with this litigation to the extent not otherwise provided for in the settlement agreement between the parties.

Respectfully submitted,

**DESHEDRICK JONES, PLAINTIFF**

Chris Burks (ABN 2010207)
WH Law
1 Riverfront Pl, Ste 745
North Little Rock, AR 72114
Phone: 501-891-6000
chris@wh.law

AND

**ATLAS TUBE (ARKANSAS) INC. and ZEKELMAN INDUSTRIES, INC., DEFENDANTS**

Eric R. Magnus
Georgia Bar No. 801405
Jackson Lewis, P.C.
171 17th St., NW, Suite 1200
Atlanta, GA 30363
Eric.magnus@jacksonlewis.com

Ashton P. Hoffman
Texas Bar No. 24116525
Jackson Lewis, P.C.
717 Texas, Ste 1700
Houston, TX 77002
Ashton.hoffman@jacksonlewis.com